UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| ANNE J. FOWLER | § | |
| | § | |
| vs. | § | NO:  WA:18-CV-00284-ADA |
| | § | |
| ALLIANCE DATA SYSTEMS | § | |
| CORPORATION, COMENITY BANK | | |

## ORDER SETTING TELEPHONIC STATUS CONFERENCE HEARING

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on February 01, 2019  at  10:30 AM .  Please call (866) 434-5269 wtih access code 9678090 and participant security code 1111 to be included in the hearing.

**SIGNED** on **17th day of January, 2019**.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE