FILED

MAR 06 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ANNE J. FOWLER, § § § | |
| Plaintiffs, § § | |
| v. § | Case No. 6:18-CV-00284-ADA-JCM |
| § § | |
| ALLIANCE DATA SYSTEMS § CORPORATION d/b/a TEXAS ALLIANCE § DATA SYSTEMS CORPORATION and § COMENITY BANK, § § | Jury Trial Demanded |
| Defendants. § § | |

## SCHEDULING ORDER

On **February 1, 2019**, the Court conducted a conference in the above entitled and numbered case. All parties appeared through counsel. As a result of such hearing, and pursuant to Rule 16, Federal Rules of Civil Procedure, the Court **ORDERS** that the following schedule will govern deadlines up to and including the trial of this matter:

| Date | Event |
|---|---|
| February 1, 2019 | Discovery commences on all issues. |
| March 8, 2019 | All motions to amend pleadings or to add parties shall be filed on or before this date. |
| July 31, 2019 | Fact Discovery Deadline. Fact discovery must be completed by this date. Any fact discovery requests must be propounded so that the responses are due by this date. |
| February 28, 2019 | The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial |

| | |
|---|---|
| February 15, 2019 | Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" |
| August 15, 2019 | Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| March 15, 2019 | Each opposing party shall respond, in writing, to the written offer of settlement made by the parties asserting claims for relief by this date. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees and court costs at the conclusion of trial |
| September 30, 2019 | Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). |
| October 31, 2019 | Expert Discovery Deadline. Expert discovery must be completed by this date. |
| | Any objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, not later than 14 days of receipt of the written report of the expert's proposed testimony or not later than 14 days of the expert's deposition, if a deposition is taken, whichever is later. **The failure to strictly comply with this paragraph will be deemed a waiver of any objection that could have been made pursuant to Federal Rule of Evidence 702** |
| December 4, 2019 | All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 25 pages. Responses shall be filed and served on all other parties not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion. |
| February 10, 2020 | By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. |
| March 18, 2020 | By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. |

| April 8, 2020 | By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. By this date the parties shall also submit to the Court their Motions in Limine. |
|---|---|
| April 22, 2020 | By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. |
| April 29, 2020 | Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. |
| May 11 2020 | The Court will attempt to schedule Jury Selection on a day during the week of May 11 2020. Otherwise, Jury Selection shall begin at 9:00 a.m. on May 11 2020. |
| May 18, 2020 | Jury Trial Commences |

SIGNED this __6th__ day of __March__, 20__19__.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

AGREED:

By: __/s/ Marwan R. Daher__          By: __/s/ Jennifer L. Majewski__

Marwan R. Daher, Sulaiman Law Group, Ltd.          Jennifer L. Majewski, Pilgrim Christakis, LLP

Attorney for Plaintiff          Attorneys for Defendants