# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| ANNE J. FOWLER, | |
| Plaintiff, | Case No. 6:18-cv-00284-ADA-JCM |
| v. | |
| ALLIANCE DATA SYSTEMS CORPORATION d/b/a TEXAS ALLIANCE DATA SYSTEMS CORPORATION and COMENITY BANK, | Honorable Judge Alan D. Albright |
| Defendants. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff ANNE J. FOWLER and the Defendants, ALLIANCE DATA SYSTEMS CORPORATION d/b/a TEXAS ALLIANCE DATA SYSTEMS CORPORATION and COMENITY BANK, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: May 28, 2019                              Respectfully Submitted,

**ANNE J. FOWLER**                               **ALLIANCE DATA SYSTEMS AND COMENITY BANK**

*/s/ Marwan R. Daher*                            */s/ Jennifer L. Majewski (with consent)*
Marwan R. Daher                                  Jennifer L. Majewski
*Counsel for Plaintiff*                          *Counsel for Defendants*
Sulaiman Law Group, LTD                          Pilgrim Christakis LLP
2500 S. Highland Ave., Ste. 200                  321 North Clark Street, 26th Floor
Lombard, Illinois 60148                          Chicago, Illinois 60654
Phone: (630) 575-8181                            Phone: (312) 939-0983
mdaher@sulaimanlaw.com                           jmajewski@pilgrimchristakis.com